**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Hall v. Medtronic, Inc. et al.**<br>**10-cv-04262** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

---

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 12), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled <u>Hall v. Medtronic, Inc. et al.</u>, Civil Action No. 10-cv-04262, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 29, 2011

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge

\